
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 10, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | GRAND JURY ORIGINAL |
| | VIOLATIONS: |
| KEISHAWN JOHNSON and ANTOINE JONES, | 18 U.S.C. § 1201(a)(1), (g)(1) (Kidnapping of a Minor) |
| Defendants. | 18 U.S.C. § 1201(c) (Conspiracy to Commit Kidnapping) |
| | 22 D.C. Code §§ 2001, 4502 (Kidnapping While Armed) |
| | 18 U.S.C. § 2251(a)(1) (Sexual Exploitation of a Child) |
| | 22 D.C. Code § 3008 (First Degree Child Sexual Abuse) |
| | 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | 22 D.C. §§ 2803, 4502 (Attempted Armed Carjacking) |
| | 22 D.C. Code § 4504(b) (Possession of a Firearm During a Crime of Violence) |
| | 18 U.S.C. §§ 924(d), 2253, 21 U.S.C. § 853(a) and (p), 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

## SUPERSEDING INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

On or about September 26, 2024, within the District of Columbia and elsewhere, **KEISHAWN JOHNSON** and **ANTOINE JONES**, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to violate Title 18, United States Code, Section 1201(a)(1), (g)(1).

1. It was a part and object of the conspiracy that **KEISHAWN JOHNSON** and **ANTOINE JONES** would unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold, MV1, a 14-year-old girl, and, in committing and in furtherance of the commission of the offense, used any means, facility, or instrumentality of interstate commerce, that is, an automobile.

### OVERT ACTS

2. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the District of Columbia:

   a. On or about September 26, 2024, **KEISHAWN JOHNSON** and **ANTOINE JONES** pointed firearms at MV1.

   b. On or about September 26, 2024, **KEISHAWN JOHNSON** and **ANTOINE JONES** questioned MV1 about the location of **KEISHAWN JOHNSON's** firearm.

   c. On or about September 26, 2024, **KEISHAWN JOHNSON** put MV1 inside **ANTOINE JONES's** vehicle.

   d. On or about September 26, 2024, **KEISHAWN JOHNSON** and **ANTOINE JONES** took MV1's cellular phone from her possession.

  e.  On or about September 26, 2024, **ANTOINE JONES** held MV1 by her arm inside his vehicle.

  f.  On or about September 26, 2024, **ANTOINE JONES** drove MV1 to the home of **KEISHAWN JOHNSON's** sister.

  (**Conspiracy to Commit Kidnapping of a Minor,** in violation of Title 18, United States Code, Section 1201(c))

## COUNT TWO

On or about September 26, 2024, within the District of Columbia and the state of Maryland, **KEISHAWN JOHNSON** did unlawfully and willfully seize, confine, kidnap, abduct, carry away and hold MV1, a 14-year-old girl, for some purpose, to include questioning MV1 about the location of **KEISHAWN JOHNSON's** firearm, and in committing and in furtherance of the commission of that offense, did willfully transport MV1 and travel in interstate commerce from the District of Columbia to the State of Maryland, and in committing and in furtherance of the commission of that offense used any means, facility, or instrumentality of interstate commerce, that is, an automobile.

  (**Kidnapping of a Minor,** in violation of Title 18, United States Code, Section 1201(a)(1), (g)(1))

## COUNT THREE

On or about September 26, 2024, within the District of Columbia, **ANTOINE JONES** did unlawfully and willfully seize, confine, kidnap, abduct, carry away and hold MV1, a 14-year-old girl, for some purpose, to include questioning MV1 about the location of **KEISHAWN JOHNSON's** firearm, and in committing and in furtherance of the commission of that offense used any means, facility, or instrumentality of interstate commerce, that is, an automobile.

  (**Kidnapping of a Minor,** in violation of Title 18, United States Code, Section 1201(a)(1),

(g)(1))

## COUNT FOUR

On or about September 26, 2024, within the District of Columbia, **KEISHAWN JOHNSON** did unlawfully and willfully seize, confine, kidnap, abduct, carry away and hold MV2, a 15-year-old girl, for some purpose, to include forcing MV2 to assist KEISHAWN JOHNSON in locating MV1, and in committing and in furtherance of the commission of that offense, used any means, facility, or instrumentality of interstate commerce, that is, an automobile.

**(Kidnapping of a Minor**, in violation of Title 18, United States Code, Section 1201(a)(1), (g)(1))

## COUNT FIVE

On or about September 26, 2024, within the District of Columbia, **KEISHAWN JOHNSON and ANTOINE JONES**, while armed with and having readily available a deadly and dangerous weapon, that is, a firearm, seized, confined, kidnapped, abducted, and carried away MV1, with the intent to hold and detain MV1 for some benefit, to include questioning MV1 about the location of **KEISHAWN JOHNSON's** firearm.

**(Kidnapping while Armed**, in violation of Title 22, District of Columbia Code, Sections 2001, 4502)

## COUNT SIX

On or about September 26, 2024, within the District of Columbia, **KEISHAWN JOHNSON** did possess a firearm while committing the crime of Kidnapping While Armed, as set forth in Count Five of this Indictment.

**(Possession of a Firearm During a Crime of Violence**, in violation of 22 D.C. Code, Section 4504(b))

## COUNT SEVEN

On or about September 26, 2024, within the District of Columbia, **KEISHAWN JOHNSON** seized, confined, kidnapped, abducted, and carried away MV2, with the intent to hold and detain MV2 for some benefit, forcing MV2 to assist **KEISHAWN JOHNSON** in locating MV1.

(**Kidnapping**, in violation of Title 22, District of Columbia Code, Sections 2001)

## COUNT EIGHT

On or about August 28, 2024, within the District of Columbia and elsewhere, **KEISHAWN JOHNSON** employed, used, persuaded, induced, enticed, and coerced MV1, a 14-year-old girl, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

(**Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Section 2251(a))

## COUNT NINE

On or about August 28, 2024, within the District of Columbia, **KEISHAWN JOHNSON** engaged in a sexual act with MV1, a 14-year-old girl, that is, penetration of MV1's vulva by **KEISHAWN JOHNSON's** penis.

(**First Degree Child Sexual Abuse,** in violation of Title 22, District of Columbia Code, Section 3008)

## COUNT TEN

On or about October 25, 2024, within the District of Columbia and elsewhere, **KEISHAWN JOHNSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Montgomery County Circuit Court Case Number C-15-CR-22-1244, did unlawfully and knowingly receive and possess a firearm, that is a Glock 31 .357 caliber handgun, and did unlawfully and knowingly receive and possess ammunition, that is .357 caliber ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year,** in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT ELEVEN

On or about October 25, 2024, within the District of Columbia, **KEISHAWN JOHNSON**, while armed with and having readily available a deadly and dangerous weapon, that is, a firearm, knowingly by force or violence, or by putting in fear, attempted to take a motor vehicle from John Doe's immediate actual possession.

(**Attempted Carjacking While Armed**, in violation of Title 22, District of Columbia Code, Sections 2803, 4502)

## COUNT TWELVE

On or about October 25, 2024, within the District of Columbia, **KEISHAWN JOHNSON** did possess a firearm while committing the crime of Attempted Carjacking While Armed, as set forth in Count Eleven of this Indictment.

(**Possession of a Firearm During a Crime of Violence**, in violation of 22 D.C. Code, Section 4504(b))

## FORFEITURE NOTICE

1.     Upon conviction of the offense alleged in Count Ten of this Indictment, **KEISHAWN JOHNSON** shall forfeit to the United States, pursuant to Title 18 United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of these offenses, including but not limited to a Glock 31 .357 caliber handgun and .357 caliber ammunition.

2.     Upon conviction of any of the offenses alleged in Count Eight of this Indictment, **KEISHAWN JOHNSON** shall forfeit to the United States: (1) any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

3.     Upon conviction of the offenses alleged in Counts One, Two, Three, and Four, **KEISHAWN JOHNSON** and **ANTOINE JONES**, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to Title 18, United States Code, Section 981(a)(l)(C) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to this offense.

4.     If any of the property described above as being subject to forfeiture, as a result of

any act or omission of **KEISHAWN JOHNSON** or **ANTOINE JONES**:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty;

**KEISHAWN JOHNSON** and **ANTOINE JONES** shall forfeit to the United States any other property, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

    (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 924(d), 2253, Title 21, United States Code, Section 853(a) and (p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL

*Edward Martin* /JJ/

FOREPERSON

Attorney for the United States in
and for the District of Columbia